# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIE COLEMAN, *et al.*, | No. 4:21-CV-00090 |
| Plaintiffs, | (Chief Judge Brann) |
| v. | |
| CHIEF OIL & GAS, LLC, *et al.*, | |
| Defendants. | |

## ORDER

**AND NOW**, this 17th day of March 2022, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Chief Oil & Gas, LLC's Motion for Summary Judgment (Doc. 14) is **GRANTED**.

2. As to the claims against Chief Oil & Gas, LLC, Final Judgment is entered in favor of Chief Oil & Gas, LLC, and against Plaintiffs Willie and Tracey Chambers-Coleman.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge