# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIE COLEMAN, *et al.*, | No. 4:21-CV-00090 |
| Plaintiffs, | (Chief Judge Brann) |
| v. | |
| WESTERN OILFIELDS SUPPLY CO., *et al.*, | |
| Defendants. | |

# ORDER

### DECEMBER 6, 2022

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Evergreen's motion to dismiss (Doc. 43) is **GRANTED**; and

2. All claims against Evergreen are **DISMISSED** with prejudice, and Evergreen is terminated as a defendant in this matter.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge